1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
10

| 11 | ALEJANDRA BERNABE, | Case No. 2:23-cv-09288 CBM (PDx) |
| 12 | Petitioner, | **ORDER  [12]  [JS-6]** |
| 13 | v. | *Filed concurrently with Joint Stipulation to Dismiss Unum Life and Remand Action* |
| 14 | THOMAS WASHINGTON, et al., | |
| 15 | Defendants. | Judge:  Hon. Consuelo B. Marhsall |

16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having reviewed and considered the Parties' Joint Stipulation to Dismiss Unum Life and Remand Action, filed on November 29, 2023, and good cause appearing, hereby **ORDERS** as follows:

1. Defendant Unum Life Insurance Company of America is hereby dismissed without prejudice;

2. The matter, *Alejandra Bernabe v. Thomas Washington, et al.*, Case Number 2:23-cv-09288 CBM (PDx), is hereby remanded from this Court to the Los Angeles County Superior Court for the resolution of all remaining issues.

3. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the above action.

IT IS SO ORDERED.

Dated: NOVEMBER 30, 2023

Hon. Consuelo B. Marhsall
United States District Judge